IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MILTON A. LEE                                                                                       PETITIONER

VS.                                                            CIVIL ACTION NO.  5:08-cv-163-DCB-MTP

BRUCE PEARSON, Warden
                                                                                                            RESPONDENT

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that this matter should be dismissed with prejudice and that all pending motions should be denied as moot.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice and all pending motions are denied as moot.

SO ORDERED this the    20th    day of  October, 2008.


                                                              s/David Bramlette
                                                    UNITED STATES DISTRICT JUDGE